JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SAUCEDO, | ) NO. EDCV 10-00171-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BOARD OF PAROLE HEARINGS, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Granting Motion For Dismissal,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED: June 30, 2010 .

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE